# Court of Appeals
# of the State of Georgia

ATLANTA, January 13, 2016

*The Court of Appeals hereby passes the following order:*

**A16A0714.  GINO BUTLER v. THE STATE.**

In 1989, a jury found Gino Butler guilty of aggravated assault and false imprisonment.  We affirmed his convictions on direct appeal.  *Butler v. State*, 194 Ga. App. 895 (392 SE2d 324) (1990).  In July 2015, Butler filed a motion for an out-of-time appeal, which the trial court denied the following month.  Butler then filed this direct appeal.  We lack jurisdiction.

"An out-of-time appeal is a judicial creation that serves as the remedy for a frustrated right of appeal." *Kilgore v. State*, 325 Ga. App. 874, 875 (1) (756 SE2d 9) (2014) (punctuation omitted).  Because Butler already has had a direct appeal, he is not entitled to an out-of-time appeal.  See *Richards v. State*, 275 Ga. 190, 191 (563 SE2d 856) (2002) ("[T]here is no right to directly appeal the denial of a motion for out-of-time appeal filed by a criminal defendant whose conviction has been affirmed on direct appeal."); *Jackson v. State*, 273 Ga. 320 (540 SE2d 612) (2001) (a defendant "is not entitled to another bite at the apple by way of a second appeal").  Accordingly, this appeal is hereby DISMISSED for lack of jurisdiction.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta, 01/13/2016
I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____, *Clerk.*